UNITED STATES OF AMERICA

v.   Criminal No. 4:12CR40011-001

SAMUEL GARRISON

## FINAL ORDER OF FORFEITURE

On March 18, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 27). In the Preliminary Order of Forfeiture, $10,907.00 U.S. Currency; 5 pieces of jewelry; 1996 Chevrolet Impala VIN 1G1BL52P6TR163557; real property located at 1411 Preston Street, Texarkana, Arkansas, more particularly described as Tract #1: The West 65 feet of the North 10 feet of Lot Numbered Fourteen (14), and all of Lots Numbered Fifteen (15) and Sixteen (16) in Block Numbered Three (3) of R. Taylor Addition to the City of Texarkana, Miller County, Arkansas, Tract #2: The West 10 feet of Lot Numbered Nine (9) and the East 16 feet of Lot Numbered Ten (10) in Block Numbered Four (4) of Orr's Second Addition to the City of Texarkana, Miller County, Arkansas, Tract #3: All of Lot Numbered Eight (8) and the East 35 feet of Lot Numbered Nine (9) in Block Numbered Four (4) of Orr's Second Addition to the City of Texarkana, Miller County, Arkansas; and real property located at 2411 N. Stateline Avenue, Texarkana, Texas, more particularly described as Lots Numbered Two (2) and Three (3) in Block Numbered Thirty (30) of Highland Park Addition to the City of Texarkana, Bowie County, Texas were forfeited to the United States pursuant to Title 21 U.S.C. § 853.

1

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On April 23, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 18, 2013, shall become final at this time.

IT IS SO ORDERED this ___ day of October, 2013.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE